SANGES *v.* THE STATE.

LITTLE, J.     When a bill of exceptions containing statements which are not true is presented to a judge, and he, for the purpose of indicating the inaccuracies therein, makes on the margin thereof divers notes, the recitals of which show that the bill of exceptions is in

some respects untrue, and thereupon the counsel tendering the bill declines to make the same conform to the facts, but instead thereof requests the judge to certify it "as it is," and he then certifies the bill of exceptions to be true "as amended," the writ of error will be dismissed,— (1) because by reason of the refusal of counsel to make the needful alterations the bill of exceptions never became a true and correct document entitled to verification; (2) because such marginal notes can not, in view of the facts above recited, be properly regarded as accomplishing this purpose; and (3) because the cer- tificate does not itself contain an unqualified statement that the bill of exceptions is true.　*Fort* v. *Sheffield*, 108 *Ga.* 781; *Hawkins* v. *Americus*, 102 *Ga.* 786, and cases cited.

　　　　　*Writ of error dismissed.　All the Justices concurring.*

Submitted October 4, — Decided November 1, 1899.

Bill of exceptions.　Practice in the Supreme Court. ·

*Fred. Morris* and *H. B. Moss,* for plaintiff in error.

*Thomas　Hutcherson,　solicitor-general,* by *Hoke Smith & H. C. Peeples,* contra.